IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 5:13-CR-85-CAR |
| vs. | : |
| | : VIOLATIONS: |
| LUIS ENRIQUE ESQUIVEL MENDOZA | : 21 U.S.C. § 841(a)(1) |
| | : 21 U.S.C. § 841(b)(1)(A)(viii) |
| | : 18 U.S.C. § 924(c)(1)(A) |
| | : 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

## COUNT ONE

**(Possession with Intent to Distribute a Methamphetamine)**

On or about December 16, 2012, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**LUIS ENRIQUE ESQUIVEL MENDOZA,**

defendant herein, aided and abetted by others, both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute more than 500 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT TWO

**(Possessing a Firearm During and in Relation to a Drug Trafficking Crime)**

On or about December 16, 2012, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**LUIS ENRIQUE ESQUIVEL MENDOZA,**

defendant herein, did knowingly possess a firearm, to-wit: one . Weihrauch Hermann 38 caliber Revolver, serial number 1520538, in furtherance of a drug trafficking offense alleged in Count One of the Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(a)(2).

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
SONJA B. PROFIT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 10th day of December, AD 2013.

_____
Deputy Clerk