◈GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  5:13-CR-00085-001 (CAR) |
| **LUIS ENRIQUE ESQUIVE MENDOZA** | |

Luis Enrique Esquive Mendoza filed a pro se request for early termination (CM/ECF Doc. #37) dated April 18, 2022. According to a report received from the supervising U.S. Probation Officer in the Middle District of Alabama (MD/AL), Mendoza has not had any violations while on supervision and all drug screens have been negative. According to the U.S. Probation Office's Post-Conviction Risk Assessment (PCRA) tool, the defendant assesses as Low/Category 1 which means he is at a low risk of recidivism and low risk of future violence. Mendoza has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Volume 8; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. The supervising officer in the MD/AL does not oppose the defendant's request for early termination. It is accordingly recommended that the Court grant Luis Enrique Esquive Mendoza's request and he be discharged from supervision.

Respectfully submitted,

*Donald L. Coneway, Sr.*
Donald L. Coneway, Sr.
Supervising U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report and considering the defendant's pro se request for early termination filed on April 18, 2022 (CM/ECF Doc. #37), it is ordered that the defendant's request be granted, the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __26__ day of __July__, 2022.

*C. Ashley Royal*
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE